People of State of Illinois, Appellee, v. Triem Steel & Processing, Inc., Appellant.

Gen. No. 46,417.

First District, Second Division.

March 8, 1955.

Released for publication April 20, 1955.

Klein & Thorpe, for appellant; Latham Castle, Attorney General of State of Illinois, for appellee; John Gutknecht, State's Attorney, Gordon Nash, James C. Murray, and Martin Handelman, Assistant State's Attorneys, of counsel. Opinion by PRESIDING JUSTICE McCORMICK. Not to be published in full.